UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CARL JOSEPH MCDANIEL,

      Plaintiff,

    v.                                 Case No. 20-cv-1919-bhl

WISCONSIN DEPARTMENT
OF CORRECTIONS, el al.,

      Defendants.

---

## ORDER

---

      Plaintiff Carl McDaniel, a Wisconsin state prisoner who is representing himself, filed this lawsuit under 42 U.S.C. §1983, alleging that the defendants violated his civil rights. Dkt. No. 1. The Court received his $400.00 filing fee on January 25, 2021. Before the Court could screen the complaint under 28 U.S.C. §1915A, McDaniel made several additional filings. He filed two motions to supplement the complaint, a different "supplemental pleading," a motion for declaratory judgment, and a motion to include relevant evidence. Dkt. Nos. 8-9, 12, 13-14. The Court will deny the motions.

      Regarding the motions to supplement, the Court will deny them as unnecessary and will direct McDaniel to file one comprehensive amended complaint that encompasses all of the information from his original complaint and his various supplements. The Court will enclose a guide that explains how to file a complaint that the Court can effectively screen. It will also include a blank prisoner complaint form. McDaniel must use the blank prisoner complaint form to file his amended complaint. *See* Civil L. R. 9 (E.D. Wis.). If, after crafting his allegations in a concise "who, what, when, where, why" manner, McDaniel believes he needs more space than is provided

in the form complaint, he may attach a *maximum* of five typed, double-spaced pages (ten pages total).

The Court will deny the motion for declaratory judgment and the motion to include relevant evidence as premature given that the Court has not yet determined whether this case can proceed past screening. McDaniel is advised that filing numerous, unnecessary, motions will only delay the case; it will not move the case forward faster. The best way to efficiently litigate this case is to follow the instructions in the enclosed prisoner guide.

**IT IS THEREFORE ORDERED** that the plaintiff's motions to supplement the complaint (Dkt. Nos. 8 and 13) are **DENIED**. The plaintiff must file one comprehensive amended complaint on or before **March 1, 2021**. The Court will enclose a guide prepared by court staff to address common questions that arise in cases filed by prisoners. Entitled "Answers to Prisoner Litigants' Common Questions," this guide contains information that McDaniel may find useful in prosecuting this case.

**IT IS ORDERED** that the plaintiff's motion for declaratory judgment (Dkt. No. 9) is **DENIED**.

**IT IS ORDERED** that the plaintiff's motion to include relevant evidence (Dkt. No. 14) is **DENIED**.

Dated at Milwaukee, Wisconsin this 28th day of January, 2021.

s/ *Brett H. Ludwig*
Brett H. Ludwig
United States District Judge